Parmar, Harbir

# Exhibits

- Exhibit A: Memorandum Sources
- Exhibit B: Character Letters

# Exhibit A: Memorandum Sources

Information contained in this Memorandum is based on the interviews and documents listed below. All documents are not appended as Exhibits. Those not appended are available upon request.

**Interviews**

- three telephone interviews and multiple email and text-message exchanges with Harbir Parmar
- telephone interview with Kirpal Singh, his father
- telephone interview with Sarbjit Kaur, a longtime family friend
- telephone interview with Sukhwant Sandhu, a former schoolmate and a friend of nearly 20 years
- telephone interview with Karamveer Gill, a former schoolmate and a friend of nearly 12 years
- telephone interview with Joseph Fischetti, a neighbor and friend of 20 years
- telephone interview with Sherri Give-Perry, the mother of a longtime friend
- telephone interview with Amandeep Kaur, a family friend of six years

We also conferenced the case with defense counsel.

**Resource Review**

- Indictment
- Sealed Complaint
- report cards from PS 108
- reports cards, Honor Roll certificates, and Perfect Attendance certificate - PS 232
- report cards, National Junior Honor Society certificates, Honor Roll Certificates, Diploma - MS 202
- transcript, Diploma, Student of the Month certificate, Best Student certificate, Third-Best Student certificate - Thomas A. Edison Career and Technical High School
- Skills USA Internetworking Skills Proficiency Assessment certificate
- CISCO Networking certificate (2010-2011)
- Enrollment Verifications - City College of New York (CCNY)
- Membership card, Alumni association of the City College of New York (2016-2017)
- Real Estate Salespersons 75-Hour Course certificate, New York Real Estate Institute (November 2016)
- 2018 Form W-2 Wage and Tax Statement - Hello Living LLC
- 2018 Form 1099-MISC - Juno USA, LP
- Bank of America monthly account statements (November 2017-April 2018)
- Real Estate Salesperson identification card - Department of State, New York State (expiration 1/18/19)
- Adult CPR/AED certification card (5/17/19)
- character letters, which are appended

# Exhibit B: Character Letters

- Sukhwant Sandhu
- Kiuldip Singh Dhillon, The Sikh Cultural Society Inc.
- Satnam S. Parhar
- Love Preet
- Sarbjit Kaur
- Joseph A. Fischetti
- Sherri Gise Perry
- Gurvinder Gosal
- Karamveer Gill
- Simarnjit Bhatti

HON. VINCENT L. BRICCETTI
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RE: USA V. HARBIR PARMAR
CASE # 18-CR-00877

Dear Honorable Judge Vincent L. Briccetti,

My name is Sukhwant S. Sandhu, owner of SSS Transportation LLC and a good friend of Harbir Parmar. I have known Harbir Parmar for almost 20 years since we attended elementary school together and have formed a brotherly relationship since. Not only myself but my family has also established a friendship with Mr. Parmar and his family since we have taken part in major events held by the Parmar family such as birthday parties, prayers, and other such ceremonies. Harbir and his family have also participated in events I have hosted and has shown his full support. I can say that Harbir is a genuine human being who is always willing to help others when needed. Harbir has taken the time out to help me run errands for my company while he was attending college and working two jobs. Now that speaks volumes to me because no matter how busy he was, he'd never say no to helping someone out and that's how he created a great reputation for himself amongst the neighborhood. When I received news regarding his arrest, I was shocked. That is why I did not hesitate to write this letter. I consider Harbir like a younger brother who works very hard to provide for his family. Unfortunately, he made a mistake which I pray he learns from and betters himself. He has his whole life ahead of him, please don't take that away from him. I pray for leniency from the court to please not to allow one mistake to justify his future. I'd like to thank the court for accepting my letter and if you ever require contacting me, please do so at 718-709-1542.

Sincerely,

Sukhwant Sandhu

# THE SIKH CULTURAL SOCIETY, INC.

ੴ ਵਾਹਿਗੁਰੂ ਜੀ ਕੀ ਫਤਹਿ ॥

**TREAT MANKIND AS ONE**

95-30 118th Street, Richmond Hill, New York - 11419

May 05, 2019

Honorable Vincent I. Briccetti
U.S. District Court
Southern District Of New York
500 Pearl Street
New York, New York-11007.

Dear Honorable Briccetti:

The Sikh Cultural Society, Inc. is a not-for-profit organization, the society have religious place of worship for the Sikh Community of Tri-State area.

This is to state that HARBIR SINGH PARMAR (Date of Birth: 10-17-1993) a resident of 149-37, 83rd STREET, HOWARD BEACH, NEW YORK-11414 is a regular worshiper of our society. He regularly volunteers at the temple "Gurudwara, Sikh place of worship", and help in the kitchen for cooking, cleaning and serving food to the congregants.

The people from all communities come and eat here. He helps to serve those people in respective of their caste, color and treed. He belongs to much respected family of our community. Based on our experience with him, he is very kind natured, honest, caring and hard-working person. He has a good character and high moral values.

If you have questions you may contact this office or call me on my cell phone 347-324-2405.

Thank You.

*[signature]*
Kuldip Singh Dhillon
PRESIDENT
THE SIKH CULTURAL SOCIETY INC.

THE SIKH CULTURAL SOCIETY INC.
95 - 30 118TH STREET
RICHMOND HILL, N.Y. 11419
TEL (718) 846-3333 FAX (718) 441-7305

---

Tel : (718) 846-3333, Fax: (718) 441-7305
Email: sikhculturalsociety@verizon.net, website: www.gurudwarascsny.com

# Satnam S. Parhar
**Former Candidate for N.Y City Council 2015**
87-38 123rd Street
Richmond Hill, NY 11418
917-440-3543

Honorable Vincent I. Briccetti
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

May 31, 2019

Dear Hon. Briccetti,

My name is **Mr. Satnam S. Parhar**. I am a former Candidate for New York City Councilman for 2015. I am the past President of the India Association of Long Island 2014, 2015 with 2500 plus memberships. One of the oldest Biggest and Most Popular Association on Long Island since 1973. I am the Founder of Sant Baba & Nidhan Singh Ji Cultural Society and Rajput Association of North America Established in 1992.

I am the **Board of Director of many Organizations such as the Islamic Center of Long Island (ICLI), South Asian American Voice and the Richmond Hill East Merchant Association of Richmond Hill.** I am also a **Co-President** of the **Vaisakhi 5K Run** which is held every year. I also just got appointed as **Board of Director in Nassau County Asian American Advisory Board.**

I personally know Mr. Kirpal Singh Parmar Family for many years and in the states as well as from my hometown back in India since our childhood. The Parmar family has visited my home on several different occasions as such times as in prayer services, and even on my son's wedding along with Harbir. The Parmar Family are a very nice family.

Mr. Harbir Parmar is a very nice individual who made a bad decision and I don't agree on what he did, and I don't believe what he did is right, but I would appreciate if the Court would consider some leniency on his behalf. It is my belief that Mr. Parmar deserves a second chance and an opportunity to make right what he has done wrong. There is no excuse on his behavior, but I can honestly say to the Court that this behavior doesn't characterize the individual Mr. Harbir truly is. We would like the Court for mercy in your judgement on his sentencing.

Mr. Harbir Parmar life is truly a life worth redeeming. I would thank the Court for this consideration of mercy on the behalf of my family and the Parmar Family. If the Court needs to speak with me in regards to this letter please feel free to contact me.

I extend my blessings to the Court

Thank You,

Satnam S. Parhar

Honorable Vincent L. Briccetti
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Hon. Briccetti,

1. My name is Love Preet and I am a Senior Internal Auditor.

2. Harbir is a relative on my mother's maternal side of the family. My immediate and extended family has known Harbir's immediate and extended family for as far as long as I can remember. The families have been tight knit since before they immigrated to the United States. My early memories of meeting Harbir are from my childhood around 8 years old when we would go over to his family's home to visit. Harbir and I are around the same age so we got along well growing up and he quickly became a younger brother-like figure.

3. For as long as I have known Harbir, he has always been a soft-spoken, respectful and honest individual. He has been a positive influence on his two younger siblings, and an obedient son. He has grown up in a tight knit family environment, which has taught him family values and the importance of community. This is evident as he has gone into an occupation shared with his father and uncle, and continues to financially support his family.

4. As mentioned above, he quickly became a younger brother figure. While growing up and to this day, he has shown me kindness and has always been caring. He has looked up to me for advice, and has shared his goals and aspirations. For example, after obtaining his NY state real estate license, he had reached out to me as I have my NJ state real estate license to ask for advice on how to build his career so that he could grow his business to financially help his family. His ambition to help his family was endearing.

5. After having explained the above, it may not be a surprise that my family and I were shocked to hear the news and circumstances of Harbir's arrest. As a female who often uses rideshare services, I am fully aware of the gravity of the situation. However, the actions that Harbir has been charged with are uncharacteristic of the well-mannered and decent Harbir that I have known and grown up alongside.

6. I sincerely thank the Court for taking the time to consider this letter in Harbir's case. If necessary, I am happy to discuss Harbir in detail and can be reached at 551-358-0027.

Sincerely,

Love Preet

Honorable Vincent I. Briccetti
U.S. District Court
Southern District of New York
500 pearl Street
New York, New York 110007

Honorable Briccetti:

My name is Sarbjit Kaur. I am residing at 98 Wilton street New Hyde Park, New York. I have been a teacher assistant for the last 21 years, currently I am working at P.S. 50 located at 143-26 101st Ave, Jamaica, NY 11435. I completed my bachelor of education degree and masters in political science degree in India (Punjab University).

I have known Harbir since he was born. His father and I belong to the same village in Punjab, India. My family and Harbir's father family have had a good close relationships back since India which we continue here in U.S.A. We often get together. I still remember when Harbir came to New York and started his kindergarten. He is always very kind, very well mannered. He is always polite and respectful. I witnessed his kindness and politeness many times. When I went to India twice in the past, he gave me money to donate to orphan kids charity. He started his responsibility at age 16, he went to school and worked part time. He was always a very hard worker. He wanted to accomplish a lot in his life, he saved his own money for his books and college tuition fees and his clothes.

During his last year of college a devastating accident happened. After that accident he faced many challenges in his life, but he didn't give up and he finished his bachelor degree. He wants to finish his master degree too, but because of his financial situation he was not able to start. He went back to work, he said he will save his money for a masters program and go back to college. He kept determined and continued his hard work.

I understand the charges that have been brought against him. I believe wholeheartedly his actions were uncharacteristic. He had been facing a great amount of pressure financially and this may have influenced his decision that night.

I continue to visit his home and I see how regretful he is and understands his actions were serious. His mother and father are very very nice generous people which

are very stressed, now they feel disgraced in community. I know they are a very good family with a good background and reputation which I have witnessed. I think sometimes unfortunate things happens in life.

I would like to thank the court for taking time to consider this letter. I hope this letter effectively conveyed my message to the court about how I feel about Harbir. I call him my big nephew. If necessary I am willing to discuss more about my relationship with Harbir. You can call me (917) 8157643 thanks.

Your sincerely
Sarbjit Kaur
Sarbjit Kaur

Hon. Vincent L. Briccetti  May 18th, 2019
RE: USA v. Harbir Parmar
Case # 18-cr-00877

Dear Honorable Briccetti:

    My name is Joseph A. Fischetti JR. I AM 22 years old. I currently work as a waiter in a local restaurant while I continue my college education

    I have known Harbir (Affectionately known as Harry) for 20 years As a close friend and neighbor. His family purchased a home Across the Street from me. I Always will remember how hard his father worked and the many long hours he put into driving his cab. They were very proud of their home, and often times you would see Harry and his parents sweeping, mowing, gardening and cleaning outside together. They are a very close, Hardworking, Respectable family As well As Wonderful neighbors.
    Harry and I grew up together along with Several other friends that lived on the block. Over the years we spent alot of time at each others Homes, dinners, celebrating Birthdays, and enjoying each others company. My parents were Always fond of Harry and would often remark how well mannered and polite he was, and that he was always welcome in

I have only known Harry to be kind, considerate, well mannered and very Respectful towards everyone. He was always the first to offer to help carry groceries for an elderley neighbor, run errands, and give a hand when he could.

I write to you today only to give some insight as to who Harry truly is as a person. This is a first and only offense. He has always led a positive lifestyle. I hope you might consider and take this into account at his sentencing.

Thank you for taking the time to read this. I can easily be reached at (1516-939-3028) if you need to clarify anything.

Respectfully yours,

*JL*

*[signature]*

Joseph A. Fischetti Jr.

# SHERRI GISE PERRY

14936 83RD STREET
HOWARD BEACH, NEW YORK 11414
TELEPHONE (646-894-2343)
FAX (718-641-1903)

May 10, 2019

Honorable Vincent I. Bricetti
U.S District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Hon. Bricetti,

1. My name is Sheri Gise Perry and my son's name is Matthew Perry. I have been mentally ill since 2004 and take medication for this condition. Therefore, I have been unable to work and have been on Social Security Disability.
2. Harbir and my son were neighbors and friends. The grew up together. They were about two years apart. My son being the elder. A bunch of boys played together. They were all good boys and brought up in good homes especially Harbir. His parents always watched out for him the most.
3. As Harbir was growing up, the boys were all going their separate ways, he was still always respectful. He would always make it a point to stop me in the street and say hello and ask me how Matthew was and how my family was. Very respectful. My son was in Hofstra Law School and had no time for friends so he could not keep in touch with Harbir.
4. My personal feeling about Harbir is that he was always a level-headed kid and the same as a young man. Followed the traditions of his family. He was always so polite. His parents, were the nicest neighbors

May 10, 2019

Honorable Vincent I. Bricetti
U.S District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Page Two

5. When he was arrested, this was very uncharacteristic of Harbir. I would never have even imagined and still cannot imagine he would do such a thing. In my heart, I could not believe this good shy man do this crime, impossible.
6. If you would like to talk to me further about Harbir character, please feel free to call me at 646-894-2343.
7. Thank you for taking the time to listen to me.

Sincerely yours,

Sherri Gise Perry

May 19, 2019

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: USA v. Harbir Parmar
    Case # 18-cr-00877

Dear Honorable Briccetti:

My name is Gurvinder Gosal and I am an electrical engineer working for working for a local utility company, Eversource.

I have known Harbir Parmar for over 10 years. I met him in Thomas A. Edison High School located in Jamaica, NY where we shared the same technical classes, and same mutual friends. Harbir Parmar and I shared a common technical interest in highschool, which was computers and Cisco networking technology. We attended the same shop courses from sophomore year till senior year, and during that time, I saw Harbir really strive to excellence in his classes. He participated heavily during shop class times with the various teachers we've had, with questions and answers to other student's questions. It was in senior year where years of hard-work paid off, when Harbir and I both received our certifications for Cisco. With the successful completion of the certifications, and ultimately, our completion of highschool, really proved Harbir's motivation and good character. This good character eventually helped him land a spot in City College's business program, where he also completed his bachelors degree. This was another huge milestone for which his family and myself were extremely proud. I believe it was in his college years that he developed an interest in business, which led him to pursue business opportunities and continually pursue online YouTube videos to grow his understanding on how to lead a business.

Through the years of highschool and now, Harbir has considered me to be family, consistently asking for advice on various things such as business ventures and further learning opportunities. I know Harbir is a hard working individual, who has unfortunately, as most humans out there, made a mistake. I pray for leniency from the court to give Harbir a chance to pursue his dreams. Thank you for taking the time to read and consider this letter. I can be reached at (917)-832-5915 to further discuss.

Sincerely,

*[signature: Gurvinder Gosal]*

Karamveer Gill
106 Manor Ave
Hempstead, NY 11550

Your Honor,

    I am writing to you today on behalf of Mr. Harbir Parmar. I first met Harbir in the summer 2007 during our first day at Thomas Edison High School. For the 11.5 years that's I have known him, Harbir and I have maintained a strong relationship where he has continually offered to support me during my hardest times.

    During the times I struggled in school or the stressful days leading to my marriage, Harbir was always by my side to lend a hand. Always going above and beyond what was asked or required of him. Unlike others throughout the years, Harbir has always shown a need to strive for success. With a burning desire to prove himself, he has continually held multiple jobs and worked grueling hours. I have always seen Harbir as a dedicated and motivated individual. I have also seen the love he has for his younger siblings and his parents. As many of the closest around him, I deeply regret the events that have transpired as this is not the Harbir we know.

    I want to reassure you these actions are the exception and not the norm. Having your back against the wall during tough financial situations can lead people down the wrong path. I also believe mistakes aren't always a good representation of a persons true character and their ability to do good. I believe him to be of good moral character despite these unfortunate events. These past few months have taken their toll on Harbir as he is fully aware of the severity of the situation. With all due respect, I request and hope for leniency during his trial. Harbir deserves a second chance at life as I am certain he will not take it for granted.

Sincerely,
Karamveer Gill

Honorable Vincent I. Briccetti
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Hon. Briccetti,

1. My name is Simranjit Bhatti. I am currently in school for Nursing.
2. I have known Harbir since I was a child. He is a family friend of mine.
3. Harbir is one of the kindest person I know. He has always been here for my family when we needed him. He is very helpful. There was a time in life when my family was struggling and he stepped out of his way to help us out.
4. Harbir is very polite and honest. He will do anything to make his family happy and is also always there for his friends when needed.
5. Thank you so much for giving me an opportunity to answer some of these questions about Harbir. My Phone number is 480-206-2638. Thankyou.