UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :   **ORDER**
v.                               :
                                 :   18 CR 877 (VB)
HARBIR PARMAR,                   :
                  Defendant.     :
--------------------------------------------------------x

In response to the Court's Order of May 15, 2020 (Doc. #31), the government has advised the Court that it is not willing to waive the administrative exhaustion requirement set forth in 18 U.S.C. § 3582(c)(1)(A) with respect to defendant's motion for a reduction of sentence (Doc. #32).

Accordingly, consistent with the Court's May 15, 2020, Order, defendant's motion is DENIED WITHOUT PREJUDICE to re-filing after defendant demonstrates that the exhaustion requirement has been satisfied.

Chambers will mail a copy of this Order to defendant at the following address:

Harbir Parmar
Reg. No. 86212-054
P.O. Box 2000
FCI Fort Dix
Joint Base MDL, NJ 06840

Dated: May 22, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1